NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MALGORZATA AGNIESZKA NAPIERACZ,  )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No.  2D16-2461
                                  )
BAC HOME LOANS SERVICING, L.P.,   )
f/k/a COUNTRYWIDE HOME LOANS      )
SERVICING, L.P., and MORTGAGE     )
ELECTRONIC REGISTRATION           )
SYSTEMS, INC., AS NOMINEE FOR     )
SUNBELT LENDING SERVICES, INC.,   )
                                  )
        Appellees.                )
_____ )

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Sarasota
County; Brian A. Iten, Judge.

Malgorzata Agnieszka Napieracz, pro se.

Adam M. Topel of Liebler, Gonzalez &
Portuondo, Miami; and Todd Drosky of
Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP, Fort Lauderdale, for
Appellee BAC Home Loans Servicing, L.P.

No appearance for remaining Appellee.


PER CURIAM.

        Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.